861 A.2d 262

**Shawn JORDAN, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, S.C.I Rockview—F.J. Tennis, Pennsylvania State Police, Appellees.**

Supreme Court of Pennsylvania.

Nov. 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, probable jurisdiction is noted and the order appealed is affirmed.